AARON B. COHEN v. ALEXANDER R. GROSSMAN and Others.— Motion

# 890    CASES REPORTED WITH BRIEF SYLLABI.

granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LOTTIE W. BOOTH v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.